## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RAFIQ BIN BASHIR BIN** :
**JALLUL ALHAMI**, <u>et</u> <u>al.</u>, :
:
    **Petitioners**, :
:
    **v.** : Civil Action No. 05-359 (GK)
:
**GEORGE W. BUSH**, <u>et</u> <u>al.</u>, :
:
    **Respondents.** :

## <u>ORDER</u>

A Status Conference was held in this case on January 14, 2009, which was open to the public. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Respondents' opposition to Petitioners' Motion for Summary Judgment is due by **5:00 p.m. on February 6, 2009.** Petitioners' reply is due by **February 27, 2009;** and it is further

**ORDERED**, that a Motions Hearing on the Motion for Summary Judgement will take place on **March 10, 2009 at 10:00 a.m.** The Hearing will be held in Courtroom 26A, and will be closed to the public so that classified matters can be discussed. At that hearing, Respondents will have **30 minutes** to present their case,

Petitioners will have **30 minutes** to respond, and then Respondents will be allowed **15 minutes** to reply.


_____   /s/_____
January 14, 2009                   Gladys Kessler
                                   United States District Judge

Copies to:  Attorneys of Record via ECF